**Opinion issued October 24, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00687-CV**

———————————

**IN RE NATIONAL SHUTTERS, LLC D/B/A ULTIMATE SHUTTERS OF AMERICA, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

On September 28, 2023, relator National Shutters, LLC d/b/a Ultimate Shutters of America has filed a motion to dismiss its petition for writ of mandamus because the trial court has ruled on the pending motions about which relator had sought mandamus relief.[1]  Because relator has received the relief it sought by

---

[1]  The underlying case is *National Shutters, LLC d/b/a Ultimate Shutters of America, Luis Guerra, and Eliazar Rivera v. Supreme Shutters Components, Inc., Ultimate Shutters of America, Inc., Ultimate Moulding Company, Gary Dang, Stacy Tran,*

mandamus, it asks that we dismiss the petition as moot. Real parties in interest have not filed a motion or response opposing dismissal. *See* TEX. R. APP. P. 10.3(a).

We grant the motion and dismiss the petition. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

*Joseph Ruley, Harward Dinh, and Maria Reyes*, cause number 2020-39704, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.